# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21-CR-1956-CAB |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT GRANTING MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |
| LUIS MARCOS HERNANDEZ REYES, | |
| Defendant | |

Upon motion by the United States and for good cause shown,

IT IS ORDERED the motion to dismiss this action is granted.  Case is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  4/22/2022

_____
HONORABLE CATHY A. BENCIVENGO
United States District Judge